PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAXMIKANTH BIYANI and AKSHAR PATEL,<br><br>Defendants. | CASE NO. 2:21-CR-00038-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER<br><br>DATE: March 18, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. A status conference in this case was previously set for March 18, 2021.

2. By this stipulation, the parties now move to continue the status conference until April 22, 2021, at 9:30 a.m., and to exclude time between March 18, 2021, and April 22, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has produced discovery in this matter, including over 300 pages of documents and multiple hours of video and audio evidence. Counsel for defendants require additional time to review discovery, conduct additional investigation and legal research, and consult with their clients.

    b. The government is currently conducting a forensic analysis of electronic devices

seized from both defendants, and the results of that analysis will be produced to the defense in the coming weeks.  Counsel for defendants will require additional time to arrange for the review of such evidence and to retain forensic experts if necessary.

      c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2021, through April 22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Dated:  March 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated:  March 16, 2021                    /s/ *Douglas J. Beevers*
                                          DOUGLAS J. BEEVERS
                                          Counsel for Defendant
                                          Laxmikanth Biyani



Dated:  March 16, 2021                    /s/ *Timothy E. Warriner*
                                          Timothy E. Warriner
                                          Counsel for Defendant
                                          Akshar Patel

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

3

Case 2:21-cr-00038-TLN   Document 19   Filed 03/17/21   Page 4 of 4

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of March, 2021.

_____
Troy L. Nunley
United States District Judge