HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
LAXMIKANTH BIYANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAXMIKANTH BIYANI, AND AKSHAR PATEL,<br><br>Defendants. | Case No. 2:21-cr-00038-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: April 22, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Mira Chernick, United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Laxmikanth Biyani, and through Timothy Warriner, attorney for Akshar Patel, that the status conference scheduled for April 22, 2021, at 9:30 a.m., be vacated and the matter continued to June 17, 2021, at 9:30 a.m.

The defense needs additional time to prepare by carefully reviewing discovery items and discussing them with the client, as well as conduct additional investigations. Due to the COVID-19 pandemic, the Federal Defenders Office has been limiting in person investigations and client visits in order to practice safe social distancing guidelines.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including June 17, 2021; pursuant to 18 U.S.C.

§3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  April 19, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LAXMIKANTH BIYANI

*/s/ Timothy Warriner*
TIMOTHY WARRINER
Attorney for Defendant
AKSHAR PATEL

Dated:  April 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the April 22, 2021 status conference shall be continued until June 17, 2021, at 9:30 a.m.

DATED: April 19, 2021

Troy L. Nunley
United States District Judge