HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
LAXMIKANTH BIYANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00038-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| LAXMIKANTH BIYANI AND AKSHAR PATEL, | Date: September 2, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Mira Chernick, United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Laxmikanth Biyani, and through Timothy Warriner, attorney for Akshar Patel, that the status conference scheduled for September 2, 2021, at 9:30 a.m., be vacated and the matter continued to October 7, 2021, at 9:30 a.m.

The government has produced discovery in this matter, including over 300 pages of documents and multiple hours of video and audio evidence.  The government has recently made available additional electronic evidence derived from cell phones seized from the defendants.  The defense needs additional time to prepare by carefully reviewing these discovery items and discussing them with the client, as well as conducting additional investigations.  Due to the

COVID-19 pandemic, the Federal Defenders Office has been limiting in person investigations and client visits in order to practice safe social distancing guidelines.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from September 2, 2021, through and including October 7, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A), (B)(iv)[Local Code T4] based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  August 27, 2021

          HEATHER E. WILLIAMS
          Federal Defender


          */s/ Douglas Beevers*
          DOUGLAS BEEVERS
          Assistant Federal Defender
          Attorney for Defendant
          LAXMIKANTH BIYANI

          */s/ Timothy Warriner*
          TIMOTHY WARRINER
          Attorney for Defendant
          AKSHAR PATEL

Dated:  August 27, 2021

          PHILLIP A. TALBERT
          Acting United States Attorney

          */s/ Mira Chernick*
          MIRA CHERNICK
          United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the September 2, 2021 status conference shall be continued until **October 7, 2021, at 9:30 a.m**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 2, 2021, through October 7, 2021, inclusive, is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

DATED: August 30, 2021

_____
Troy L. Nunley
United States District Judge