HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
LAXMIKANTH BIYANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00038-TLN-1 |
| Plaintiff, | |
| vs. | STIPULATION AND  ORDER TO CONTINUE MOTION TO COMPEL HEARING |
| LAXMIKANTH BIYANI | |
| | Date: September 30, 2021 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Mira Chernick, United States Attorney, attorney for Plaintiff, Heather Williams,  Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Laxmikanth Biyani, that the motion to compel hearing scheduled for September 30, 2021, at 2:00 p.m., be vacated and the matter continued to October 15, 2021, at 2:00 p.m.  Defense counsel would like to request more time to try and come to a resolution with the plaintiff regarding the issues argued in the motion off-calendar.

Dated:  September 28, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LAXMIKANTH BIYANI

1

2

3    Dated: September 28, 2021

4                                    PHILLIP A. TALBERT
                                     Acting United States Attorney
5
                                     */s/ Mira Chernick*
6                                    MIRA CHERNICK
                                     United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is further ordered the September 30, 2021 motion to compel hearing shall be continued until October 15, 2021, at 2:00 p.m.

Dated:  September 29, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE