HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
LAXMIKANTH BIYANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00038-TLN-1 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND SET CHANGE OF PLEA HEARING |
| LAXMIKANTH BIYANI | |
| Defendant. | Date: April 7, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Roger Yang, United States Attorney, attorney for Plaintiff, Heather Williams,

Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for

Laxmikanth Biyani, that the trial confirmation hearing scheduled for April 7, 2022, at 9:30 a.m.,

and the jury trial set for July 18, 2022 at 9:00 a.m. be vacated and a change of plea hearing be set

for April 28, 2022 at 9:30 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including July 18, 2022;  pursuant to 18 U.S.C. §3161

(h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

Dated:  March 31, 2022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LAXMIKANTH BIYANI

Dated:  March 31, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
United States Attorney

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the time from the date the parties stipulated, up to and including July 18, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the trial confirmation hearing scheduled for April 7, 2022, at 9:30 a.m. and the jury trial set for July 18, 2022 be vacated and a change of plea hearing be set for April 28, 2022 at 9:30 a.m.

DATED: April 1, 2022

_____
Troy L. Nunley
United States District Judge