PHILLIP A. TALBERT
United States Attorney
ROGER YANG
ROBIN TUBESING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00038-TLN |
|---|---|
| PLAINTIFF,<br>v.<br>LAXMIKANTH BIYANI,<br>DEFENDANT. | **MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

    The United States hereby moves for an order authorizing deposit(s) into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

    1.    The defendant signed a plea agreement that was entered on May 12, 2022 (the "Plea Agreement"). Dkt. No. 64. In accordance with the Plea Agreement, the defendant plead guilty to conspiracy to launder money in violation of 18 U.S.C. § 1956(h). Dkt. No. 61.

    2.    The sentencing hearing is currently scheduled for September 29, 2022. Dkt. No. 66.

    3.    In the Plea Agreement, the defendant agrees to pay criminal monetary penalties, including restitution of between $300,000 and $1,000,000,000, a special assessment totaling $100, and a fine if ordered by the Court. Dkt. No. 64.

    4.    Also in the Plea Agreement, the defendant agrees to pay initial payment of $10,000 to the Clerk of the Court prior to sentencing. Id.; 3:5-7.

    5.    The United States requests an order that provides that, on or before the date of the

1

MOTION AND ORDER FOR
DEPOSIT OF FUNDS

defendant's sentencing, the defendant, or any individual or entity on the defendant's behalf, be permitted to make payments in partial or full satisfaction of the defendant's Criminal Monetary Penalties ("Deposit") to the Clerk of the Court as specified in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending the defendant's sentencing in this case, or upon further order of the Court.  The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated: ___July 18, 2022____        By:    /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

**O R D E R**

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on the defendant's behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 2:21-CR-00038-TLN).

4. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall be transferred to the defendant's criminal case.

6. The Deposit shall be applied towards the defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: July 19, 2022

_____
Troy L. Nunley
United States District Judge