PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAXMIKANTH BIYANI and<br>AKSHAR PATEL,<br><br>　　　　　　　Defendants. | 2:21-CR-00038-TLN<br><br>FINAL ORDER OF FORFEITURE |

　　　　On March 23, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Fed. R. Crim P. 32.2(b), based upon the plea agreement entered into between plaintiff and defendant Akshar Patel forfeiting to the United States the following property:

　　　　a.　Approximately $14,903.00 in U.S. Currency,
　　　　b.　Apple iPhone XS Max, IMEI 357279090454934, and
　　　　c.　A personal money judgment in the amount of $100,000.00.

　　　　On July 28, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Fed. R. Crim P. 32.2(b), based upon the plea agreement entered into between plaintiff and defendant Laxmikanth Biyani forfeiting to the United States the following property:

　　　　a.　Approximately $14,903.00 in U.S. Currency,
　　　　b.　Apple iPhone 11 Pro, IMEI 353234100826393,
　　　　c.　OnePlus 7Pro, IMEI 867540041601755 and 867540041601748, and
　　　　d.　A personal money judgment in the amount of $100,000.00.

Beginning on March 31, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Akshar Patel on the official internet government forfeiture site www.forfeiture.gov.  Beginning on August 30, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Laxmikanth Biyani on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim P. 32.2(b), including all right, title, and interest of Laxmikanth Biyani and Akshar Patel:

   a. Approximately $14,903.00 in U.S. Currency, plus any accrued interest,
   b. Apple iPhone XS Max, IMEI 357279090454934,
   c. Apple iPhone 11 Pro, IMEI 353234100826393,
   d. OnePlus 7Pro, IMEI 867540041601755 and 867540041601748, and
   e. A personal money judgment in the amount of $100,000.00.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of October, 2023.

_____
Troy L. Nunley
United States District Judge